IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **CHRISTOPHER PAUL POULAIN,** | 3:09-CV-01119-AC |
| Plaintiff, | ORDER |
| v. | |
| DR. G. GULICK, DR. STEVE SHELTON, MARK NOOTH, and MAX WILLIAMS, | |
| Defendants. | |

**BROWN, Judge.**

Magistrate Judge John V. Acosta issued Findings and Recommendation (#54) on February 22, 2012, in which he recommends this Court grant in part and deny in part Defendants' Motion (#11) to Dismiss. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure

1 - ORDER

72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#54).  Accordingly, the Court

1. **GRANTS** Defendants' Motion (#11) to Dismiss as to Plaintiff's claims under § 1983 against Defendants Mark Nooth and Max Williams and **DISMISSES** those claims **with prejudice;**

2. **DENIES** Defendants' Motion (#11) to Dismiss as to Plaintiff's claims under § 1983 against Defendants Dr. G. Gulick and Dr. Steve Shelton;

3. **GRANTS** Defendants' Motion (#11) to Dismiss as to Plaintiff's state-law claims against Defendants Gulick and Shelton and **DISMISSES** those claims **with prejudice**; and

4. **GRANTS** Defendants' Motion (#11) to Dismiss as to

Plaintiff's state-law claims against Defendants Nooth and Williams (because the Court assumes the Magistrate Judge's analysis as to Defendants Gulick and Shelton is equally applicable to Defendants Nooth and Williams) and **DISMISSES** those claims **with prejudice**.

IT IS SO ORDERED.

DATED this 13th day of March, 2012.

                /s/ Anna J. Brown

                _____
                ANNA J. BROWN
                United States District Judge