IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


CHRISTOPHER PAUL POULAIN,                    3:09-CV-01119-AC

              Plaintiff,                    ORDER

v.

DR. G. GULICK, DR. STEVE
SHELTON, MARK NOOTH, and
MAX WILLIAMS,

              Defendants.


BROWN, Judge.

     Magistrate Judge John V. Acosta issued Findings and

Recommendation (#54) on February 22, 2012, in which he recommends

this Court grant in part and deny in part Defendants' Motion

(#11) to Dismiss.  The matter is now before this Court pursuant

to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure

1 - ORDER

72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#54). Accordingly, the Court

1. **GRANTS** Defendants' Motion (#11) to Dismiss as to Plaintiff's claims under § 1983 against Defendants Mark Nooth and Max Williams and **DISMISSES** those claims **with prejudice;**

2. **DENIES** Defendants' Motion (#11) to Dismiss as to Plaintiff's claims under § 1983 against Defendants Dr. G. Gulick and Dr. Steve Shelton;

3. **GRANTS** Defendants' Motion (#11) to Dismiss as to Plaintiff's state-law claims against Defendants Gulick and Shelton and **DISMISSES** those claims **with prejudice;** and

4. **GRANTS** Defendants' Motion (#11) to Dismiss as to

Plaintiff's state-law claims against Defendants Nooth and Williams (because the Court assumes the Magistrate Judge's analysis as to Defendants Gulick and Shelton is equally applicable to Defendants Nooth and Williams) and **DISMISSES** those claims **with prejudice**.

IT IS SO ORDERED.

DATED this 13th day of March, 2012.

/s/ Anna J. Brown

_____

ANNA J. BROWN
United States District Judge